Hon. Judge Christopher M. Alston
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>RICKIE BEAVERS, SR. & MELODY REGINA BEAVERS,<br><br>Debtors.<br>_____<br><br>RICKIE BEAVERS, SR. & MELODY REGINA BEAVERS,<br><br>Plaintiffs,<br><br>v.<br><br>RBS CITIZENS<br><br>Defendant. | **DECLARATION OF PLAINTIFF IN SUPPORT OF DEFAULT JUDGMENT**<br><br>**Bankruptcy No. 12-13824-CMA**<br><br>**Adversary No. 19-01109-CMA** |

We, Rickie Beavers, Sr. & Melody Regina Beavers, under the penalty of perjury, hereby declare:

1. We are the Plaintiffs in the above-named action.

2. We are the owners of a parcel of real estate located at 12015 Renton Avenue S, Seattle, WA 98178.

**Declaration - 1 of 2**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005

3. We filed a Chapter 13 Bankruptcy case on April 13, 2012. We filed an adversary proceeding on August 28, 2019 to avoid the second deed of trust held by RBS Citizens, NA.

4. On the date of filing, the value of our home was $132,000.00 per the www.zillow.com's estimated value of the home.

5. The senior lienholder, Chase holds the first deed of trust, which was approximately $196,405.00 on the date of filing. This amount is greater than what our home is worth.

6. RBS Citizens, NA holds the second deed of trust on our property. On the date of filing, the amount of the second deed of trust was approximately $24,877.00.

Signed under the penalty of perjury in Seattle, Washington on October 2, 2019.

/s/Rickie Beavers, Sr.
Rickie Beavers, Sr.

/s/Melody Regina Beavers
Melody Regina Beavers

**Declaration - 2 of 2**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005