**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>RICKIE BEAVERS, SR. & MELODY REGINA BEAVERS,<br><br>Debtors.<br><br>RICKIE BEAVERS, SR. & MELODY REGINA BEAVERS,<br><br>Plaintiffs,<br><br>    v.<br><br>RBS CITIZENS, NA<br><br>Defendant. | **Bankruptcy No. 12-13824-CMA**<br><br><br><br>**Adversary No. 19-01109-CMA**<br><br>**ORDER OF DEFAULT** |

THIS MATTER, having come regularly before the Court upon the Motion of the Plaintiff and it appearing to the Court from the records on file herein that the Defendant was duly and regularly served with Summons and Complaint, and that said Defendant has failed to

ORDER OF DEFAULT - 1

**ADVANTAGE LEGAL GROUP**
12207 NE 8TH STREET
BELLEVUE WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681

appear or answer the Complaint herein, and that the time allowed by law for answering has expired, and the Court being fully advised in the premises and it further finds that this is a core proceeding . ~~d it appears that the Plaintiff's is entitled to a judgment herein,~~

NOW THEREFORE,

**IT IS ORDERED**

That the Defendant be placed in default.

/ / / END OF ORDER / / /

Presented By:

/s/ Jonathan Smith
Attorney for Debtors/Plaintiffs
Advantage Legal Group
12207 NE 8th Avenue
Bellevue, WA 98005
425-452-9797

ORDER OF DEFAULT - 2

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681