Entered on Docket October 8, 2019

Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | **Bankruptcy No. 12-13824-CMA** |
| RICKIE BEAVERS, SR. & MELODY REGINA BEAVERS, | |
| Debtors. | |
| _____ | **Adversary No. 19-01109-CMA** |
| RICKIE BEAVERS, SR. & MELODY REGINA BEAVERS, | **DEFAULT JUDGMENT AVOIDING SECOND DEED OF TRUST OF RBS CITIZENS, NA** |
| Plaintiffs, | |
| v. | |
| RBS CITIZENS, NA | |
| Defendant. | |

The Court having entered the Defendant, RBS Citizens, NA in default in the above-entitled action and for good cause shown enters the following Default Judgment regarding the residential real property at issues is commonly known as: (1) commonly described as 12015

Default Judgment

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681

**Below is the Order of the Court.**

Renton Avenue S, Seattle, WA 98178 (2) legally described as SKYWAY PARK ADD, (3) and parcel number 781280-1260.

**IT IS HEREBY ORDERED:**

1. ~~That the value of the real property listed above is determined to be no greater than $132,000.00;~~

2. ~~That the claim of RBS Citizens, NA in the approximate amount of $24,877.00 is determined to be a general unsecured claim for the reason that the indebtedness secured by the lien that is senior lien to Chase's lien exceeds the market value of the collateral.~~

1. That the ~~debt owing RBS Citizens, NA be discharged and the~~ lien of RBS Citizens, NA on the property located at: (1) commonly described as 12015 Renton Avenue S, Seattle, WA 98178 (2) legally described as SKYWAY PARK ADD, (3) and parcel number 781280-1260 is avoided against said real property.

2. That, in the event of Debtor's bankruptcy case is dismissed or converted to a Chapter 7, this Judgment voiding the lien of RBS Citizens, NA shall no longer apply. RBS Citizens, NA's deed of trust shall be in full force and effect as secured for the debt owing to RBS Citizens, NA pursuant to U.S.C. § 349(b).

5. ~~That this Order shall become part of the Debtor's confirmed Chapter 13 plan.~~

/ / / END OF ORDER / / /

Presented By:

/s/ Jonathan Smith
Attorney for Debtor/Plaintiff
Advantage Legal Group

Default Judgment

**ADVANTAGE LEGAL GROUP**
12207 NE 8TH STREET
BELLEVUE WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681